WANGER JONES HELSLEY PC
265 E. River Park Circle, suite 310
Fresno, CA 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Peter M. Jones # 105811

Attorneys for Defendant, Joel Alonso Lopez, Jr.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOEL ALONSO LOPEZ JR.,<br>Defendant. | CASE NO. 1:26-CR-00083-KES-EPG<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order this matter was set for Change of Plea Hearing on November 9, 2026.

2. By this stipulation, defendant now moves to continue the case and set the Change of Plea Hearing on December 7, 2026 at 9:30 a.m., and to exclude time between November 9, 2026 and December 7, 2026.

3. The parties agree and stipulate, and request that the Court find the following:

(a) Defense counsel is engaged in an ongoing, multi-defendant, capital case, preliminary hearing that is scheduled to continue on Monday November 9, 2026 and potentially run through the entire week, and possibly beyond.

(b) The case is relatively new, the indictment having been filed in May of 2026, and a resolution between the parties has been reached. A signed plea agreement is forthcoming, pending further review with client.

(c) No prejudice will result from a month-long continuance to hear the defendant's change of plea.

(d) The ends of justice served by continuing the case, as requested, to accommodate defense counsel's other, ongoing legal matter, review of materials with his client, and present the Court in advance a signed plea agreement to review, outweigh the interest of the public in a speedy trial, in light of the recency of the case and the fact a resolution has been already been reached.

**IT IS SO STIPULATED.**

Dated: November 5, 2026

ERIC GRANT
United States Attorney

/s/ *Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney

Dated: November 5, 2026

/s/ *Peter M. Jones*
PETER M. JONES
Wanger Jones Helsley PC
Counsel for Defendant

## ORDER

**IT IS FOUND AND SO ORDERED**. The November 5, 2026, Change of Plea Hearing is continued to **December 7, 2026, at 09:30 AM in Courtroom 6 (KES) before District Judge Kirk E. Sherriff**., with time being excluded between those dates, under 18 U.S.C. § 3161(h)(1)(G) and § 3161(h)(7)(A), (B)(i) & (iv), as the court finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: November 5, 2026

UNITED STATES DISTRICT JUDGE